Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

J. BLAINE ROGERS            8606
LORI K. STIBB              9670
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   brogers@ahfi.com
          lstibb@ahfi.com

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST
 COMPANY AS TRUSTEE FOR
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR21, MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2005-AR21; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.; and
CIT BANK, NA, f/k/a OneWest Bank N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JEFFREY G. HAGAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEUTSCHE BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY; INDYMAC MORTGAGE LOAN TRUST 2005-AR21; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS aka | Case No. 15-00189 JMS KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES** |

952586v1\10554-52

| |
|---|
| MERS; ONEWEST BANK; IMB HOLDINGCO, LLC; TMLF HAWAII LLLC; PETER T. STONE; MANMEET RANA; JENNY J.N.A NAKAMOTO,<br><br>        Defendants. |

# STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey G. Hagan ("Hagan") and Defendants Deutsche Bank National Trust Company As Trustee For Indymac Indx Mortgage Loan Trust 2005-AR21, Mortgage Pass-Through Certificates Series 2005-AR21, Mortgage Electronic Registration Systems Inc., and CIT BANK, NA, f/k/a OneWest Bank N.A.[1] (collectively, "Defendants"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 41.1, that:

1. All allegations and claims asserted by Hagan in his *First Amended Complaint*, filed November 17, 2015 [ECF No. 29] are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

---

[1] Plaintiff erroneously named "Deutsche Bank", "Deutsche Bank National Trust Company", and "Indy Mac Mortgage Loan Trust 2005-AR21" as individual entities.

3. This Stipulation is signed by or on behalf of all appearing parties. There are no remaining parties or claims in this lawsuit.

4. This Stipulation may be executed in counterparts with the same effect as if counsel or the parties had signed the same document. All counterparts shall be construed together and shall constitute one agreement.

DATED: __Papaikou__, Hawai'i, __March 23__, 2016.

_____
JEFFREY G. HAGAN
Plaintiff

DATED: Honolulu, Hawai'i, _____.

_____
J. BLAINE ROGERS
LORI K. STIBB
Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR21, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR21; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and CIT BANK, NA, f/k/a OneWest Bank N.A.

3. This Stipulation is signed by or on behalf of all appearing parties. There are no remaining parties or claims in this lawsuit.

4. This Stipulation may be executed in counterparts with the same effect as if counsel or the parties had signed the same document. All counterparts shall be construed together and shall constitute one agreement.

DATED: Papaikou, Hawai`i, March 23, 2016.

_____
JEFFREY G. HAGAN
Plaintiff

DATED: Honolulu, Hawai`i, March 24, 2016.

   /s/ Lori K. Stibb
_____
J. BLAINE ROGERS
LORI K. STIBB
Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR21, MORTGAGE PASS-
THROUGH CERTIFICATES SERIES
2005-AR21; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.; and
CIT BANK, NA, f/k/a OneWest Bank N.A.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, March 24, 2016.



   /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Jeffrey G. Hagan vs. Deutsche Bank, et. al.*; Case No. CV15-00189 JMS KSC; ***STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES***